| | |
|---|---|
| 1 | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| | RUSSELL J. CALLISON   (SBN 095670) |
| 2 | SARAH K. GOLDSTEIN   (SBN 197343) |
| | One Sansome St., Suite 1400 |
| 3 | San Francisco, CA   94104 |
| | Tel:   (415) 362-2580 |
| 4 | Fax:   (415) 434-0882 |

LEWIS BRISBOIS BISGAARD & SMITH LLP
PETER L. GARCHIE   (SBN 105122)
550 West C St., Suite 800
San Diego, CA  92101
Tel:   (619) 233-1006
Fax:   (619) 233-8627

Attorneys for Defendants
CYPRESS AMLOC LAND COMPANY, INC.,
CYPRESS ABBEY COMPANY,
JEFF TERRY and THOMAS ATWOOD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| SAN BRUNO MOUNTAIN WATCH, | CASE NO. C 04-3385 EDL |
| Plaintiff, | STIPULATION AND REQUEST TO EXTEND CERTAIN DEADLINES, PRETRIAL CONFERENCE AND TRIAL; ORDER AS MODIFIED |
| v. | |
| CYPRESS AMLOC LAND COMPANY, INC., CYPRESS ABBEY COMPANY, AMLOC COMPANIES, INC., JEFF TERRY, THOMAS ATWOOD, GUS PEDEMONTE, and BRENT EDWARDS, | |
| Defendants. | |

WHEREAS, this case is currently set for trial on February 27, 2006;

WHEREAS, the parties conducted productive settlement discussions from soon after the filing of this matter in August 2004, through February 2005;

WHEREAS, the parties' stipulation selecting ADR process (mediation) was electronically filed with the Court on December 8, 2004, and the Court ordered this case to mediation at the initial status conference on February 15, 2005, with a current completion deadline of June 30, 2005;

1  WHEREAS, the parties commenced mediation before Steven Weissman on June 2, 2005;

2  WHEREAS, the parties have encountered scheduling difficulties in finding mediation dates mutually acceptable to all parties;

3  WHEREAS, the parties expect to resume mediation on July 13, 2005, with further meetings expected thereafter;

4  WHEREAS, all parties have expressed an interest in attempting to resolve the case through mediation;

5  WHEREAS, the parties have made good faith and diligent discovery efforts, including Defendants' First Set of Interrogatories and Request for Document Production, Plaintiff's First and Second Set of Interrogatories and Request for Document Production, and Plaintiff's Third Set of Request for Document Production, but the parties have delayed some discovery in light of the fact that mediation has not been completed;

NOW, THEREFORE, it is hereby stipulated and agreed that the jurisdiction of the mediator and date for completion of mediation be extended to September 1, 2005.

FURTHER, the parties hereby stipulate and agree, and request that the Court order, that the following discovery deadlines, pretrial conference, and trial date each be extended ninety (90) days, as follows:

| TASK | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Completion of mediation | June 30, 2005 | September 1, 2005 |
| Initial expert disclosures | August 2, 2005 | October 31, 2005 |
| Rebuttal expert disclosures | August 16, 2005 | November 14, 2005 |
| Non-expert discovery cutoff | November 22, 2005 | February 20, 2006 |
| Dispositive Motion filing | November 29, 2005 | March 7 ~~February 27~~, 2006 |
| Expert discovery cutoff | December 16, 2005 | March 17, 2006 |
| Last day for hearing dispositive motions | January 3, 2006 | April 11 ~~April 3~~, 2006 |
| Pretrial Conference | February 14, 2006 | May 23 ~~May 15~~, 2006 |
| Trial set for 9 days | February 27, 2006 | June 12 ~~June 5~~, 2006 |

| | | |
|---|---|---|
| 1 | Dated: July 13, 2005 | LAW OFFICES OF BRIAN GAFFNEY<br>ENVIRONMENTAL ADVOCATES |
| 2 | | |
| 3 | | By: /s/ Brian Gaffney |
| 4 | | Attorneys for Plaintiff<br>SAN BRUNO MOUNTAIN WATCH |
| 5 | Dated: July 13, 2005 | NIXON PEABODY LLP |
| 6 | | |
| 7 | | By: /s/ Michael P. O'Bresly |
| 8 | | MICHAEL P. O'BRESLY<br>Attorneys for Defendant<br>AMLOC COMPANIES, INC. |
| 9 | | |
| 10 | Dated: July 14, 2005 | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| 11 | | |
| 12 | | By: /s/ Russell J. Callison |
| 13 | | RUSSELL J. CALLISON<br>Attorneys for Defendants<br>CYPRESS AMLOC LAND COMPANY,<br>INC., CYPRESS ABBEY COMPANY,<br>JEFF TERRY and THOMAS ATWOOD |

## ORDER

The Court, having considered the above stipulation and good cause appearing, hereby orders that the discovery deadlines, pretrial conference and trial date in the action entitled *San Bruno Mountain Watch v. Cypress Amloc Land Company, et al.*, (N.D. Cal.) Case No. C-04-3385 EDL be continued as delineated hereinabove. as modified.

IT IS SO ORDERED.

Dated: July 14, 2005

*IT IS SO ORDERED AS MODIFIED*
/s/ Elizabeth D. Laporte
HONORABLE ELIZABETH D. LAPORTE
United States Magistrate Judge