IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN BRUNO MOUNTAIN WATCH, | No. C-04-03385 EDL |
| Plaintiff, | **ORDER** |
| v. | |
| CYPRESS AMLOC LAND CO., et al., | |
| Defendants. | |

The Court has received and reviewed a letter dated September 14, 2005 from counsel for Defendants Cypress Amloc Land Company, Cypress Abbey Company, Jeff Terry and Thomas Atwood regarding recent discovery relating to Plaintiff's requests for production of documents and interrogatories. The parties are ordered to meet and confer on all outstanding issues relating to this discovery one more time orally as required by Civil Local Rule 1-5(n). The meet and confer session may be tape-recorded. If that session fails to resolve the remaining issues, Plaintiff may file a motion to compel. In their letter, Defendants stated that they intended to supplement their discovery responses. The Court's preference is that Defendants supplement their discovery responses before a motion is filed so that disputes may be narrowed or eliminated. If Defendants' supplementation is not meaningful and does not justify the delay, the Court will take that into account in ruling on the motion.

**IT IS SO ORDERED.**

Dated: September 22, 2005

ELIZABETH D. LAPORTE
United States Magistrate Judge