IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN BRUNO MOUNTAIN WATCH,<br><br>    Plaintiff,<br><br>  v.<br><br>CYPRESS AMLOC LAND CO., et al.,<br><br>    Defendants.<br>_____/ | No. C-04-03385 EDL<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO SHORTEN TIME AND EXTENDING EXPERT DISCLOSURE DEADLINES** |

The Court has received Plaintiff's Motion to Bifurcate and Motion to Shorten Time to hear the bifurcation motion. Plaintiff argues that the Motion to Bifurcate should be heard on a shortened schedule because the parties face an October 31, 2005 deadline for initial expert disclosures. On September 28, 2005, Defendants filed an opposition to Plaintiff's Motion to Shorten Time, stating that they were amenable to a stipulation, proposed by Plaintiff after filing its motion, to extend the expert disclosure deadline to December 15, 2005.

Extension of the cutoff date, which both sides are willing to do, will eliminate the urgency in this matter. Accordingly, the initial expert disclosure deadline is extended to December 15, 2005 and the rebuttal expert disclosure deadline is extended to January 5, 2006. The expert discovery cutoff date remains March 17, 2006. Plaintiff's Motion to Bifurcate will be heard on November 1, 2005 at 9:00 a.m. Any opposition shall be filed no later than October 11, 2005. Any reply shall be filed no later than October 18, 2005. Plaintiff's Motion to Shorten Time is denied.

**IT IS SO ORDERED.**

Dated: September 29, 2005

                                                                                                 ELIZABETH D. LAPORTE
United States Magistrate Judge