IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN BRUNO MOUNTAIN WATCH, | No. C-04-03385 EDL |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S MOTION TO SHORTEN TIME AND SETTING BRIEFING SCHEDULE** |
| v. | |
| CYPRESS AMLOC LAND CO., et al., | |
| Defendants. | |

The Court has received Plaintiff's Motion to Compel and Motion to Shorten Time to hear the motion to compel, which were filed on October 20, 2005. Plaintiff argues that the Motion to Compel should be heard on a shortened schedule because the parties face a December 15, 2005 deadline for initial expert disclosures and a February 20, 2006 fact discovery cutoff date. Specifically, Plaintiff seeks a hearing on the motion to compel on November 1, 2005. On October 21, 2005, Defendants filed an opposition to Plaintiff's Motion to Shorten Time. Based on the impending expert disclosure deadline, Plaintiff has shown good cause to shorten time to hear the motion to compel, but the proposed schedule is unworkable.

Defendants state, *inter alia*, that they are preparing supplemental responses to some of Plaintiff's discovery requests. Plaintiff responds that the supplemental responses will only address a small portion of the discovery requests at issue in the motion. However, because service of supplemental responses will likely have some effect on the substance of the motion to compel, Plaintiff shall re-file its motion to compel to reflect only those discovery requests that are genuinely still at issue after the supplemental production. The motion to compel shall be filed no later than November 2, 2005. Defendants' opposition to the motion to compel shall be filed no later than November 9, 2005. Plaintiff's reply shall be filed no later than

1  November 14, 2005 at noon.  A hearing is specially set for Thursday, November 17, 2005 at 3:00 p.m.

2  **IT IS SO ORDERED.**

3  Dated: October 25, 2005

                                              ELIZABETH D. LAPORTE
United States Magistrate Judge

**United States District Court**
For the Northern District of California