**LEWIS BRISBOIS BISGAARD & SMITH LLP**
RUSSELL J. CALLISON, SBN 95670
SARAH K. GOLDSTEIN, SBN 197343
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
PETER L. GARCHIE, SBN 105122
550 West C Street, Suite 800
San Diego, CA 92101
Telephone: (619) 233-1006
Facsimile: (619) 233-8627

Attorneys for Defendants
CYPRESS AMLOC LAND COMPANY, INC.,
CYPRESS ABBEY COMPANY, AMLOC
COMPANIES, INC., JEFF TERRY and THOMAS ATWOOD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| SAN BRUNO MOUNTAIN WATCH,<br><br>Plaintiff,<br><br>v.<br><br>CYPRESS AMLOC LAND COMPANY, INC., CYPRESS ABBEY COMPANY, AMLOC COMPANIES, INC., JEFF TERRY, THOMAS ATWOOD, GUS PEDEMONTE, and BRENT EDWARDS,<br><br>Defendants. | CASE NO. C 04-3385 EDL<br><br>**STIPULATION TO EXCEED APPLICABLE PAGE LIMITATIONS; ORDER THEREON** |

It is hereby stipulated by the parties to this action through their attorneys of record as follows:

Due to the complexity of issues and the volume of materials presented by plaintiff San Bruno Mountain Watch's amended motion to compel discovery responses from defendant CALCO, the parties hereby stipulate to waive the page limitation for opposition and reply briefs set forth in L.R. 7-4(b) by ten (10) pages for each of said respective briefs.

1 | Dated: November 8, 2005          LAW OFFICES OF BRIAN GAFFNEY
                                     ENVIRONMENTAL ADVOCATES

                        By: _____
                            Attorneys for Plaintiff
                            SAN BRUNO MOUNTAIN WATCH

7 | DATED: November 8, 2005          LEWIS BRISBOIS BISGAARD & SMITH LLP

                        By: _____
                            RUSSELL J. CALLISON
                            Attorneys for Defendants
                            CYPRESS AMLOC LAND COMPANY, INC.,
                            CYPRESS ABBEY COMPANY, AMLOC
                            COMPANIES, INC., JEFF TERRY
                            and THOMAS ATWOOD

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: November 9, 2005

IT IS SO ORDERED
/s/ Elizabeth D. Laporte
Judge Elizabeth D. Laporte

HON. ELIZABETH D. LAPORTE
United States Magistrate Judge

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580