United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN BRUNO MOUNTAIN WATCH,

    Plaintiff,

v.

CYPRESS AMLOC LAND CO., et al.,

    Defendants.

No. C-04-03385 EDL

**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION TO COMPEL; ORDERING PARTIES TO MEET AND CONFER REGARDING REMAINDER OF DISCOVERY REQUESTS; SETTING FURTHER HEARING**

On October 25, 2005, the Court granted Plaintiff's request that its October 20, 2005 motion to compel be briefed and heard on shortened time. The Court held a hearing on Plaintiff's motion on November 17, 2005. For the reasons set forth at the hearing, the Court issues the following Order:

1. Plaintiff's motion to compel further response to Interrogatory 28 is denied.

2. Plaintiff's motion to compel further responses to Request for Admission 9 and 10 is granted.

3. Plaintiff's motion to compel further responses to Request for Production of Documents 34 and 35 is granted. If Defendants have no responsive documents, they shall so state in a declaration. The declaration shall also explain the diligent search that was made for the documents.

4. Interrogatory 1 is limited to written and oral communications between four individuals (Jeff Terry, Thomas Atwood, Brent Edmund, James Wyse) and three agencies (California Regional Water Quality Control Board, San Francisco Bay Region, State Water Resources Control Board for the State of California and Environmental Protection Agency) from 1997 to the present.

5. Interrogatory 2 is limited to written and oral communications between four individuals (Jeff Terry, Thomas Atwood, Brent Edmund, Chris Johnson) and three agencies (California Regional Water

1  Quality Control Board, San Francisco Bay Region, State Water Resources Control Board for the
2  State of California and Environmental Protection Agency) from 1997 to the present.
3  6.  Using the guidelines provided by the Court at the hearing, the parties shall meet and confer in good
4  faith to reach compromises on the remaining discovery requests at issue in Plaintiff's motion.
5  7.  A further hearing on Plaintiff's motion (if still necessary) is scheduled for November 29, 2005 at
6  2:00 p.m.  No later than November 28, 2005 at noon, the parties shall file a joint statement
7  regarding the results of the meet and confer process.  The joint statement shall include the text of
8  each original discovery request immediately followed by the jointly proposed revised text for that
9  discovery request.  If, after meeting and conferring, the parties still have disputes over any
10  discovery requests, the joint statement shall set forth, separately for each request, Plaintiff's position
11  and proposed compromise immediately followed by Defendant's position and proposed
12  compromise.

**IT IS SO ORDERED.**

Dated: November 18, 2005

_Elizabeth D. Laporte_
ELIZABETH D. LAPORTE
United States Magistrate Judge

United States District Court
For the Northern District of California

2