**LEWIS BRISBOIS BISGAARD & SMITH LLP**
RUSSELL J. CALLISON, SBN 95670
SARAH K. GOLDSTEIN, SBN 197343
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
PETER L. GARCHIE, SBN 105122
550 West C Street, Suite 800
San Diego, CA 92101
Telephone: (619) 233-1006
Facsimile: (619) 233-8627

Attorneys for Defendants
CYPRESS AMLOC LAND COMPANY, INC.,
CYPRESS ABBEY COMPANY,
JEFF TERRY and THOMAS ATWOOD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| SAN BRUNO MOUNTAIN WATCH, <br><br> Plaintiff, <br><br> v. <br><br> CYPRESS AMLOC LAND COMPANY, INC., CYPRESS ABBEY COMPANY, AMLOC COMPANIES, INC., JEFF TERRY, THOMAS ATWOOD, GUS PEDEMONTE, and BRENT EDWARDS, <br><br> Defendants. | CASE NO. C 04-3385 EDL <br><br> **STIPULATION TO WITHDRAW DEMAND FOR JURY TRIAL WITH RESPECT TO DEFENDANTS' LIABILITY UNDER RCRA AND [PROPOSED] ORDER** |

Plaintiff San Bruno Mountain Watch, through its attorneys of record, does hereby stipulate and agree to withdraw plaintiff's demand for jury trial for liability under its twelfth cause of action for recovery under the Resource Conservation Recovery Act (RCRA), 42 U.S.C. § 6972 (a)(1)(B). Plaintiff agrees to a bench trial with respect to defendants' liability under RCRA. Plaintiff has

1  stipulated to a bench trial on RCRA remedies, if such a trial is necessary.

2      Federal Rule Civil Procedure 38(d) provides in part as follows: "A demand for jury trial may not be withdrawn without the parties' consent." Federal Rule of Civil Procedure 39 (a) further states that "Such consent must be by written stipulation filed with the court or by an oral stipulation made in open court and entered in the record."

6      Pursuant to the Federal Rules of Civil Procedure, these parties file this written stipulation with the court for plaintiff to withdraw its jury demand and agree to a bench trial with respect to defendants' liability under RCRA.

DATED: November 22, 2005    LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____
RUSSELL J. CALLISON
SARAH K. GOLDSTEIN
Attorneys for Defendants
CYPRESS AMLOC LAND COMPANY, INC.,
CYPRESS ABBEY COMPANY, JEFF TERRY
and THOMAS ATWOOD

DATED: November 22, 2005    BARG COFFIN LEWIS & TRAPP LLP

By: _____
DONALD E. SOBELMAN
Attorneys for Defendants
CYPRESS AMLOC LAND COMPANY, INC.,
CYPRESS ABBEY COMPANY, JEFF TERRY
THOMAS ATWOOD and AMLOC COMPANIES,
INC.

DATED: November 22, 2005    ENVIRONMENTAL ADVOCATES

By: _____
CHRISTOPHER A. SPROUL
Attorneys for Plaintiffs
SAN BRUNO MOUNTAIN WATCH

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

| | |
|---|---|
| 1 | **LEWIS BRISBOIS BISGAARD & SMITH LLP** |
| 2 | RUSSELL J. CALLISON, SBN 95670<br>SARAH K. GOLDSTEIN, SBN 197343 |
| 3 | One Sansome Street, Suite 1400<br>San Francisco, California 94104 |
| 4 | Telephone: (415) 362-2580<br>Facsimile: (415) 434-0882 |
| 5 | **LEWIS BRISBOIS BISGAARD & SMITH LLP** |
| 6 | PETER L. GARCHIE, SBN 105122<br>550 West C Street, Suite 800 |
| 7 | San Diego, CA 92101<br>Telephone: (619) 233-1006 |
| 8 | Facsimile: (619) 233-8627 |
| 9 | Attorneys for Defendants<br>CYPRESS AMLOC LAND COMPANY, INC., |
| 10 | CYPRESS ABBEY COMPANY,<br>JEFF TERRY and THOMAS ATWOO |
| 11 | **BARG COFFIN LEWIS & TRAPP LLP** |
| 12 | BRIAN S. HAUGHTON, SBN 111709<br>DONALD E. SOBELMAN, SBN 184028 |
| 13 | KATHRYN L. MARTIN, SBN 226817<br>One Market, Steuart Tower, Suite 2700 |
| 14 | San Francisco, CA 94105<br>Telephone:    (415) 228-5400 |
| 15 | Facsimile:    (415) 228-5450 |
| 16 | Attorneys for Defendants<br>AMLOC COMPANIES, INC., CYPRESS AMLOC |
| 17 | LAND COMPANY, INC., CYPRESS ABBEY COMPANY,<br>JEFF TERRY and THOMAS ATWOOD |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| SAN BRUNO MOUNTAIN WATCH, | ) | CASE NO. C 04-3385 EDL |
| Plaintiff, | ) | Dept.:   Courtroom E<br>Judge:   Hon. Elizabeth D. Laporte |
| v. | ) | |
| CYPRESS AMLOC LAND COMPANY, INC., CYPRESS ABBEY COMPANY, AMLOC COMPANIES, INC., JEFF TERRY, and THOMAS ATWOOD | ) | [~~PROPOSED~~] ORDER GRANTING THE STIPULATION TO WITHDRAW DEMAND FOR JURY TRIAL WITH RESPECT TO DEFENDANTS' LIABILITY UNDER RCRA |
| Defendants. | ) | |

1  **TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

2  On November 22, 2005, Plaintiff San Bruno Mountain Watch stipulated to withdraw
3  plaintiff's demand for jury trial for liability under its twelfth cause of action for recovery under the
4  Resource Conservation Recovery Act (RCRA), 42 U.S.C. §6972 (a)(1)(B).  After full
5  consideration of the papers submitted by the parties,

6  **IT IS HEREBY ORDERED** that:

7  Plaintiff's Stipulation to Withdraw Demand For Jury Trial With Respect to Defendants'
8  Liability Under RCRA is **GRANTED.**

10  DATED: November 28, 2005

11  Honorable Judge Elizabeth D. Laporte

*IT IS SO ORDERED*