1   Christopher Sproul (State Bar No. 126398)
    ENVIRONMENTAL ADVOCATES
2   5135 Anza Street
    San Francisco, California 94121
3   Tel: (415) 533-3376
    Fax: (415) 358-5695
4
    Brian Gaffney (State Bar No.168778)
5   Matt McFarland (CSB No. 225537)
    LAW OFFICES OF BRIAN GAFFNEY
6   605 Market Street, Suite 505
    San Francisco, CA  94105
7   (415) 442 - 0711 Phone
    (415) 442 - 0713 Fax
8
    Jeff David Hoffman (State Bar No. 225569)
9   LAW OFFICE OF JEFF D. HOFFMAN
    132 Coleridge Street, Suite B
10  San Francisco, CA  94110-5113
    Telephone: (415) 285 7735
11  Facsimile: (415) 920-1791

12  Attorneys for Plaintiff
    SAN BRUNO MOUNTAIN WATCH
13

14  IN THE UNITED STATES DISTRICT COURT

15  FOR THE NORTHERN DISTRICT OF CALIFORNIA

16  SAN FRANCISCO DIVISION

17

18  SAN BRUNO MOUNTAIN WATCH,              ) Case No. 04-CV-03385 EDL
                    Plaintiff,              )
19                                          )
    v.                                      ) STIPULATION AND [PROPOSED]
20                                          ) ORDER TO EXTEND PRETRIAL
    CYPRESS AMLOC LAND COMPANY, INC;        ) DEADLINES AND TRIAL DATE
21  CYPRESS ABBEY COMPANY; AMLOC            ) AS MODIFIED
    COMPANIES, INC., JEFF TERRY; AND THOMAS )
22  ATWOOD,                                 )
                                            )
23              Defendants.                 )
                                            )
24                                          )
                                            )
25                                          )
                                            )
26  _____ )

27

28

1    WHEREAS, Defendants Cypress Amloc Land Company, Inc. (CALCO), Cypress Abbey

2    Company, Amloc Companies, Inc., Jeff Terry, Thomas Atwood, and Plaintiff San Bruno Mountain

3    Watch (SBMW) (collectively, "the Parties") wish to avoid any unnecessary expense associated with

4    retention and disclosure of expert witnesses, including the significant expenses associated with

5    expert discovery and testimony;

6    WHEREAS, the Parties wish to avoid imposing any unnecessary burden on the Court and on

7    any jury that may be impaneled in this action;

8    WHEREAS, this case is currently set for trial on June 12, 2006;

9    WHEREAS, the parties conducted meet-and-confer discussions in accordance with the

10   November 18, 2005 Court order;

11   WHEREAS, during the parties' discussion regarding production of further response to

12   requests for financial documents, the parties reached an agreement to pursue a stipulation  which

13   may render unnecessary the need for both Plaintiff and Defendants to designate expert witnesses for

14   economic issues for the liability phase of trial;

15   WHEREAS, if the parties can reach such an agreement, the liability phase of trial will be

16   shorter and have fewer disputed issues;

17   WHEREAS, the Parties also need additional time to resolve informally the outstanding

18   discovery issues associated with the Court's ruling on plaintiff's motion to compel, and allowing time

19   for such a resolution will reduce the expenses and burden on the parties and the Court by eliminating

20   the need for formal motion practice;

21   NOW, THEREFORE, it is hereby stipulated and agreed that the parties shall attempt to enter

22   into a stipulation that would obviate the need for economic experts for the liability phase of the trial,

23   as well as the need for further discovery during the liability phase of the trial on the financial

24   resources of the defendants and the costs of certain storm water management measures;

25   FURTHER, the parties hereby stipulate and agree to stay Defendants' obligations to provide

26   further responses to Requests for Production of Documents to CALCO numbers 34 through 38 while

27   the parties are negotiating the terms of the stipulation referred to in the preceding paragraph and such

28

stay shall terminate when any party informs the opposing party(ies) that negotiations should

terminate or the stipulation is entered into, whichever comes first;

FURTHER, the parties hereby stipulate and agree that a further Case Management

Conference is needed in January to advise the Court of the parties' progress on various agreements

and stipulations, as well as to discuss issues of trial structure, and the parties suggest a conference on

January 18, 2006;

FURTHER, the parties hereby stipulate and agree, and request that the Court order, that the

following discovery deadlines, pretrial conference, and trial date each be extended as follows:

| TASK | CURRENT DEADLINE | PROPOSED DEADLINE |
|------|------------------|-------------------|
| CALCO's Supplemental Responses to Interrogatories | December 13, 2005 | January 4, 2006 |
| CALCO's Supplemental Responses to Requests for Production of Documents | December 15, 2005 | January 6, 2006 |
| CALCO's Supplemental Responses to Requests for Admissions | December 15, 2005 | January 6, 2006 |
| CALCO's Additional Supplemental Production of Documents | December 22, 2005 | January 13, 2006 |
| Defendants Other than CALCO's Supplemental Responses to Interrogatories | December 16, 2005 | January 9, 2006 |
| Defendants Other than CALCO's Supplemental Responses to Requests for Production of Documents | December 22, 2005 | January 13, 2006 |
| SBMW Responses to CALCO's Second Set of Interrogatories and First Set of Requests for Admission | December 21, 2005 | January 6, 2006 |
| Initial expert disclosures | December 15, 2005 | March 1, 2006 |
| Rebuttal expert disclosures | January 5, 2006 | March 15, 2006 |
| Non-expert discovery cutoff | February 20, 2006 | March 20, 2006 |
| Dispositive Motion filing | March 7, 2006 | ~~April 26,~~ 2006 April 25 |

| | | |
|---|---|---|
| Expert discovery cutoff | March 17, 2006 | May 12, 2006 |
| Last day for hearing dispositive motions | April 11, 2006 | ~~May 31, 2006~~ May 30 |
| Pretrial Statement and Motions in Limine | May 3, 2006 | ~~June 29, 2006~~ August 3 |
| Pretrial Conference | May 23, 2006 | ~~July 18, 2006~~ August 23, 2006 at 2:00 p.m. |
| Trial set for 9 days | June 12, 2006 | September 5, 2006 |

Dated:  December 7,  2006

                                       LAW OFFICES OF BRIAN GAFFNEY
                                       ENVIRONMENTAL ADVOCATES

                                       By:  _Christopher a. Sproul_

                                       Christopher Sproul
                                       Attorney for Plaintiff
                                       SAN BRUNO MOUNTAIN WATCH

Dated:  December 7, 2005

                                       LEWIS BRISBOIS BISGAARD & SMITH LLP

                                       By:  _____

                                       RUSSELL J. CALLISON
                                       SARAH K. GOLDSTEIN
                                       Attorneys for Defendants
                                       CYPRESS AMLOC LAND COMPANY, INC.,
                                       CYPRESS ABBEY COMPANY,
                                       JEFF TERRY and THOMAS ATWOOD

Dated:  December 7, 2005

                                       BARG COFFIN LEWIS & TRAPP LLP

                                       By:  _Christopher Sproul for_

                                       DONALD SOBLEMAN
                                       Attorneys for Defendants
                                       CYPRESS AMLOC LAND COMPANY, INC.,
                                       CYPRESS ABBEY COMPANY,
                                       AMLOC COMPANIES, INC., JEFF TERRY

STIPULATION AND [PROPOSED] ORDER TO EXTEND PRETRIAL DEADLINES AND TRIAL DATE    4

1      and THOMAS ATWOOD

2                              ORDER

3          The Court, having considered the above stipulation and good cause appearing, hereby orders

4   that the discovery deadlines, pretrial conference and trial date in the action entitled San Bruno

5   Mountain Watch v. Cypress Amloc Land Company, et al., (N.D. Cal.) Case No. C-04-3385 EDL be

6   continued as delineated hereinabove.

7   A further Case Management Conference is scheduled for February 14, 2006 at 10:00 a.m.  A

8   Joint Case Management Conference statement shall be filed no later than February 7, 2006.

    PURSUANT TO STIPULATION, IT IS SO ORDERED.

9

10

11  Dated:  December  9  , 2006

12

13  _____
    HON. ELIZABETH D. LAPORTE
14  United States Magistrate Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28
    STIPULATION AND [PROPOSED] ORDER TO EXTEND PRETRIAL DEADLINES AND TRIAL DATE        5