IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN BRUNO MOUNTAIN WATCH, | No. C-04-03385 EDL |
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| CYPRESS AMLOC LAND COMPANY, INC. ET AL, | |
| Defendant. / | |

On February 7, 2006, the parties filed a joint request to vacate the February 14, 2006 Case Management Conference. Good cause appearing, the February 14, 2006 Case Management Conference is continued to March 28, 2006 at 10:00 a.m. An updated joint case management conference statement shall be filed no later than March 21, 2006. The parties may seek a continuance of the case management conference, if necessary.

**IT IS SO ORDERED.**

Dated: February 9, 2006

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge