Christopher Sproul (State Bar No. 126398)
ENVIRONMENTAL ADVOCATES
5135 Anza Street
San Francisco, California 94121
Telephone: (415) 533-3376
Facsimile: (415) 358-5695

Brian Gaffney (State Bar No.168778)
LAW OFFICES OF BRIAN GAFFNEY
605 Market Street, Suite 505
San Francisco, CA  94105
(415) 442 - 0711 Phone
(415) 442 - 0713 Fax

Jeff David Hoffman (State Bar No. 225569)
LAW OFFICE OF JEFF D. HOFFMAN
132 Coleridge Street, Suite B
San Francisco, CA  94110-5113
Telephone: (415) 285 7735
Facsimile: (415) 920-1791

Attorneys for Plaintiff
SAN BRUNO MOUNTAIN WATCH

(cont.)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN BRUNO MOUNTAIN WATCH,<br><br>Plaintiff,<br><br>v.<br><br>CYPRESS AMLOC LAND COMPANY, INC; CYPRESS ABBEY COMPANY; AMLOC COMPANIES, INC., JEFF TERRY; THOMAS ATWOOD.<br><br>Defendants. | Civil Case No.  C 04-03385 EDL<br><br>**STIPULATION AND [PROPOSED] ORDER TO STAY DISCOVERY DEADLINES AND CUTOFFS** |

1

2   Peter L. Garchie (State Bar No. 105122)
    LEWIS BRISBOIS BISGAARD & SMITH LLP
3   550 West "C" Street, Suite 800
    San Diego, California  92101
4   Telephone:  (619) 699-4907
    Facsimile:  (619) 233-8627

5
    Russell J. Callison (State Bar No. 95670)
6   LEWIS BRISBOIS BISGAARD & SMITH LLP
    One Sansome Street, Suite 1400
7   San Francisco, California  94104
    Telephone:  (415) 362-2580
8   Facsimile:  (415) 434-0882

9   Attorneys for Defendants
    CYPRESS AMLOC LAND COMPANY, INC.,
10  CYPRESS ABBEY COMPANY, JEFF TERRY
11  AND THOMAS ATWOOD

12  Brian S. Haughton (State Bar No. 111709)
    Donald E. Sobelman (State Bar No. 184028)
13  BARG COFFIN LEWIS & TRAPP, LLP
    One Market · Steuart Tower, Suite 2700
14  San Francisco, California 94105-1475

15  Attorneys for Defendant
    CYPRESS AMLOC LAND COMPANY, INC.,
16  CYPRESS ABBEY COMPANY, JEFF TERRY
    THOMAS ATWOOD, AND AMLOC COMPANIES, INC.
17

18

19

20

21

22

23

24

25

26

27

28

C:\Documents and Settings\callison\Local Settings\Temp\XPGRPWISE\Stip Stay Disco
Deadlines.doc.DOCSTIPULATION AND [PROPOSED] ORDER TO STAY DISCOVERY DEADLINES AND
CUTOFFS[]
U.S. District Court, Northern District of California Civil Case No.  C 04-03385 EDL

C

1     WHEREAS, pursuant to this Court's December 9, 2005 Order, the parties are

2   obligated to comply with certain discovery deadlines and cutoff dates, beginning with

3   expert witness disclosure on or before March 1, 2006;

4     WHEREAS, on Friday, February 3, 2006, the parties participated in a Settlement

5   Conference before Magistrate Judge Edward Chen;

6

7     WHEREAS, at the Settlement Conference the parties agreed on the conceptual

8   terms of a settlement, agreed to meet among themselves on February 7 and February 10,

9   2006, to address the specific language of a Stipulated Consent Decree, and agreed to meet

10   again with Magistrate Judge Chen on February 13, 2006, if necessary;

11

12     WHEREAS, the parties believe that the progress made at the Settlement Conference

13   constitutes good cause to stay all discovery deadlines and cutoff dates, a stay will not

14   prejudice any party, and a stay will allow the parties to focus their efforts on effectuating a

15   settlement of this action;

16     NOW, THEREFORE, the parties hereby stipulate to, and request that the Court

17   order, a stay of the discovery deadlines and cutoffs specified in the Court's December 9,

18   2005 Order.

19

20                                           LAW OFFICES OF BRIAN GAFFNEY
                                             ENVIRONMENTAL ADVOCATES
21

22

23   Dated: February  7, 2006               /s/ Brian Gaffney
                                            Brian Gaffney
                                            Attorneys for Plaintiff
24                                          SAN BRUNO MOUNTAIN WATCH

25

26   / / /

27   / / /

28   C:\Documents and Settings\callison\Local Settings\Temp\XPGRPWISE\Stip Stay Disco     C
     Deadlines.doc.DOCSTIPULATION AND [PROPOSED] ORDER TO STAY DISCOVERY DEADLINES
     AND CUTOFFS[]
     U.S. District Court, Northern District of California Civil Case No.  C 04-03385 EDL

LEWIS BRISBOIS BISGAARD & SMITH LLP

Dated: February 7, 2006

/s/ Russell Callison
Russell J. Callison

Attorney for Defendants
CYPRESS AMLOC LAND COMPANY, INC;
CYPRESS ABBEY COMPANY; JEFF TERRY;
THOMAS ATWOOD

BARG COFFIN LEWIS & TRAPP, LLP

Dated: February 7, 2006

/s/ Donald Sobelman
Donald E. Sobelman
Brian S. Haughton
Attorneys for Defendants
CYPRESS AMLOC LAND COMPANY, INC;
CYPRESS ABBEY COMPANY; JEFF TERRY;
THOMAS ATWOOD; AMLOC COMPANIES,
INC.

ORDER

Having considered the above stipulation and good cause appearing,

IT IS SO ORDERED.

Dated:  February 9, 2006

HON. ELIZABETH
United States Magistrate

IT IS SO ORDERED
Elizabeth D. Laporte
Judge Elizabeth D. Laporte

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

C:\Documents and Settings\callison\Local Settings\Temp\XPGRPWISE\Stip Stay Disco

Deadlines.doc.DOC C:\Documents and Settings\callison\Local Settings\Temp\XPGRPWISE\Stip Stay

Disco Deadlines.doc.DOC